**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER   13 |
| PAMELA C. FLETCHER | : | |
| Debtor | : | BANKRUPTCY NO. 19-14623 |
| | : | |

**PRAECIPE WITHDRAWING PROOF OF CLAIM NUMBER 1**
**FILED BY PHILADELPHIA GAS WORKS**

Kindly mark as withdrawn Philadelphia Gas Works Proof of Claim Number 1 in the amount of $3900.13.  Philadelphia Gas Works Claim #1 was filed on August 7, 2019.

PHILADELPHIA GAS WORKS

/s/ Pearl Pham
Pearl Pham,
Senior Attorney
Philadelphia Gas Works
800 West Montgomery Avenue
Philadelphia, PA  19122
(215) 684-6227 (phone)
(215) 684-6798 (FAX)
pearl.pham@pgworks.com

September 18, 2019

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER   13 |
| PAMELA C. FLETCHER | : | |
| Debtor | : | BANKRUPTCY NO. 19-14623 |
| | : | |
| | : | |

**CERTIFICATION OF SERVICE**

I, Pearl Pham, attorney for Philadelphia Gas Works, hereby certify that I have served the Philadelphia Gas Works' Praecipe to Withdraw Proof of Claim #1 on the following date by the means designated below on the date set forth below, upon all parties including the following:

**VIA ECF**

**DAVID M. OFFEN**
The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106
(215) 625-9600

**WILLIAM C. MILLER, Esq.**
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105
(215) 627-1377

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA  19107
(215) 597-4411


Dated: September 18, 2019               /s/  Pearl Pham_____
                                        Pearl Pham
                                        Senior Attorney
                                        Philadelphia Gas Works
                                        800 West Montgomery Avenue
                                        Philadelphia, PA  19122
                                        (215) 684-6227
                                        pearl.pham@pgworks.com