```
               IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA


     IN RE:                    :      Chapter 13


     Pamela C Fletcher         :      No.  19-14623-AMC
        Debtor
```

## CERTIFICATE OF SERVICE

I, David M. Offen, Esquire, Attorney for the above-named Debtor(s) hereby certify that a copy of the Debtor's Amended Voluntary Petition in order to add debtor's aka  has been served on all priority, secured and unsecured creditors or their counsel.

```
Date:  September 20, 2019      /s/ David M. Offen
                               David M. Offen
                               Attorney for Debtor(s)
```