IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Pamela C Fletcher | : | No. 19-14623-AMC |
|     Debtor | : | |

### ANSWER TO MOTION OF MIDFIRST BANK FOR RELIEF FROM THE AUTOMATIC STAY

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted payments were missed. Debtor was able to reach a representative at Midfirst Bank via phone who provided her with a total of missed payments and debtor remitted a total of $2,624.28 via certified check and will provide proof of the same.

7. Debtor opposes the same.

8. Debtor paid a total of $2,624.28 and asks for the chance to catch up the remaining arrears.

9. Denied.

10. No response required.

WHEREFORE Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief.

                                        /s/ David M. Offen
                                        David M. Offen
                                        Attorney for Debtor(s)

Dated:12/30/19

<u>CERTIFICATE OF SERVICE</u>

The following has been served by electronic mail:

Rebecca A Solarz on behalf of Midfirst Bank
<bkgroup@kmllawgroup.com>

                                      <u>/s/ David M. Offen</u>
                                      David M. Offen
                                      Attorney for Debtor

Dated: 12/30/19