**IN THE UNITED STATE BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:  **Pamela C. Fletcher**           )   Chapter 13
       **Debtor**                         )
                                            )   No. 19-14623-AMC
                                            )
                                            )

## CERTIFICATION OF NO RESPONSE

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

                                                         /s/David M. Offen
                                                         David M. Offen
                                                         Attorney for Debtor(s)

**Date:3/12/20**