United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 19-14623-amc
Pamela C Fletcher                                                   Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1              Date Rcvd: Mar 18, 2020
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2020.
db              +Pamela C Fletcher,     5813 Chew Avenue,     Philadelphia, PA 19138-1727

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2020 at the address(es) listed below:
            DAVID M. OFFEN    on behalf of Debtor Pamela C Fletcher dmo160west@gmail.com,
             davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
            PEARL  PHAM   on behalf of Creditor    Philadelphia Gas Works pearl.pham@pgworks.com
            REBECCA ANN SOLARZ   on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
            United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
            WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                            TOTAL: 5

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


In Re:   Pamela C. Fletcher          )   Chapter 13
              Debtor                 )
                                     )   19-14623-AMC
                                     )
                                     )


## ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Application for
Approval of Counsel Fees submitted by David M. Offen, Attorney
for the Debtor, and upon notice and certification of no objection
it is hereby ORDERED that:

Counsel fee in the amount of $5,300.00 is allowed and the
balance in the amount of $5,300.00 shall be paid by the Chapter
13 Trustee to the extent consistent with the terms of the
confirmed plan.


__March 18, 2020__
DATED:                          _____
                                HONORABLE ASHELY M. CHAN
                                U.S. BANKRUPTCY JUDGE