# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-14623-MDC

PAMELA C FLETCHER

5813 CHEW AVENUE

PHILADELPHIA, PA 19138-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    PAMELA C FLETCHER

    5813 CHEW AVENUE

    PHILADELPHIA, PA 19138-

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

                                                          /S/ Kenneth E. West

Date: 2/2/2023                                                              _____

                                                                         Kenneth E. West, Esquire
                                                                         Chapter 13 Standing Trustee