United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 19-14623-mdc

Pamela C Fletcher     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2

Date Rcvd: Mar 17, 2023     Form ID: pdf900     Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pamela C Fletcher, 5813 Chew Avenue, Philadelphia, PA 19138-1727 |
| cr | + | Philadelphia Gas Works, 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |
| 14361907 | | Barden, Thorwarth, Daughtridge, P.O. Box 371863, Pittsburgh, PA 15250-7863 |
| 14371072 | + | FROST ARNETT AGT FOR ANESTHESIA ADVANTAGE PC, PO BOX 198988, NASHVILLE, TN 37219-8988 |
| 14361912 | + | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 14361913 | | Jefferson University Physicians, Central Business Office, P.O. Box 40089, Philadelphia, PA 19106-0089 |
| 14374841 | + | Midfirst Bank, c/o Rebecca A Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14361917 | + | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14361918 | + | Philadelphia Fire Department, Lockbox 9437, PO Box 8500, Philadelphia, PA 19178-8500 |
| 14361923 | | The Rothman Institute, PO Box 757910, Philadelphia, PA 19175-7910 |
| 14361924 | | United Telemanagement Corp., PO Box 145465, Cincinnati, OH 45250-5465 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 17 2023 23:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 17 2023 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14361906 | + | Email/Text: bkrpt@retrievalmasters.com | Mar 17 2023 23:58:00 | AMCA/American Medical Collection Agency, Attention: Bankruptcy, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 14361905 | | Email/Text: tropiann@einstein.edu | Mar 17 2023 23:58:00 | Albert Einstein Medical Ctr., P.O. Box 785371, Philadelphia, PA 19178-5371 |
| 14361908 | | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 17 2023 23:59:00 | Credit Collection Services, Payment Processing Center, P.O. Box 55126, Boston, MA 02205-5126 |
| 14361910 | | Email/Text: bankruptcy@frost-arnett.com | Mar 17 2023 23:58:00 | Frost - Arnett Company, PO Box 198988, Nashville, TN 37219-8988 |
| 14361911 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 17 2023 23:58:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14361914 | ^ | MEBN | Mar 17 2023 23:57:20 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14397714 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 18 2023 00:11:32 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14361915 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 18 2023 00:11:36 | Midland Mortgage Co, Attn: Customer |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 17, 2023 | Form ID: pdf900 | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| | | | | Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 14361916 | + | Email/Text: bankruptcygroup@peco-energy.com | Mar 17 2023 23:58:00 | PECO, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14361921 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Mar 18 2023 00:11:38 | Regional Acceptance Co, Attn: Bankruptcy, Po Box 1487, Wilson, NC 27894-1487 |
| 14361922 | + | Email/Text: bankruptcy@sw-credit.com | Mar 17 2023 23:58:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14361925 | | Email/Text: megan.harper@phila.gov | Mar 17 2023 23:59:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14361909 | * | Credit Collection Services, Payment Processing Center, P.O. Box 55126, Boston, MA 02205-5126 |
| 14361920 | * | ProCo, P.O. Box 2462, Aston, PA 19014-0462 |
| 14361919 | ## | ProCo, P.O. Box 2462, Aston, PA 19014-0462 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| DAVID M. OFFEN | on behalf of Debtor Pamela C Fletcher dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| PEARL PHAM | on behalf of Creditor Philadelphia Gas Works pearl.pham@pgworks.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Chapter 13 |
| PAMELA C FLETCHER | |
| Debtor | Bankruptcy No. 19-14623-MDC |

# ORDER

**AND NOW**, this ___17th___ day of ___March___ 2023, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
PAMELA C FLETCHER

5813 CHEW AVENUE

PHILADELPHIA, PA 19138-